**UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION**

In re:                               §
                                     §
                                     §
KIM, JAMES                           §    Case No. 12-41554
KIM, STEPHANIE                       §
                                     §
                                     §
                  Debtor(s)          §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on               .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/02/2013 and the deadline for filing governmental claims was 10/02/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,270.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,270.00 , for a total compensation of $ 4,270.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 100.07 , for total expenses of $ 100.07 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/20/2015          By: _John E Cohen_
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 12-41554 ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | KIM, JAMES | Date Filed (f) or Converted (c): | 10/19/12 (f) |
|  | KIM, STEPHANIE | 341(a) Meeting Date: | 12/06/12 |
| For Period Ending: | 12/31/14 | Claims Bar Date: | 10/02/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtors' residence and single family home located | 1,150,000.00 | 0.00 | | 0.00 | FA |
| 2. Vacant parcel of unimproved land located in Citris | 18,000.00 | 0.00 | | 14,500.00 | FA |
| 3. Checking account | 200.00 | 0.00 | | 0.00 | FA |
| Checking account | | | | | |
| 4. Household goods and furnishings consisting of misc | 4,000.00 | 0.00 | | 0.00 | FA |
| Household goods and furnishings consisting of misc. furniture, furnishing, bedding, kitchenware, one computer etc. | | | | | |
| 5. 100 % stock interest in Chatham Beauty II, Inc., a | 0.00 | 0.00 | | 0.00 | FA |
| 100 % stock interest in Chatham Beauty II, Inc., an Illnois corporation. Entity operates two (2) retail beauty supply stores each known as "Chatham Beauty " at 1637 E. 95th Street, Chicago, IL., and at 112 W. 87th St, Chicago, IL  60620 | | | | | |
| 6. 51 % stock interest in Chatham Beauty I Nevada, In | 0.00 | 0.00 | | 0.00 | FA |
| 51 % stock interest in Chatham Beauty I Nevada, Inc., an Illnois corporation. Operated a retail beauty supply store known as "Chatham Beauty Supply" at 3783 South Maryland Parkway  Las Vegas, NV 89119. All operations closed on June of 2012, and no longer has any operations or business activity. | | | | | |
| 7. 100% stock interest in CBS Retail Management Servi | 0.00 | 0.00 | | 0.00 | FA |
| 100% stock interest in CBS Retail Management Service, Inc., an Illinois corporation. Entity served as accounts receivables and payables function for retail beauty supply stores operated by Debtors. | | | | | |
| 8. 51 % stock interest in Chatham Beauty SC- !, Inc., | 0.00 | 0.00 | | 0.00 | FA |
| 51 % stock interest in Chatham Beauty SC- !, Inc., an Illinois corporation. Entity operates a retail beauty supply store known as "Chatham Beauty Supply" located at 6351 Mack Road  Sacramento, CA 95823. | | | | | |

LFORM1

Ver: 18.03b

Case 12-41554 Doc 60 Filed 02/02/15 Entered 02/02/15 11:44:39 Desc Main
Document Page 4 of 14

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 12-41554 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | KIM, JAMES | | | Date Filed (f) or Converted (c): | 10/19/12 (f) |
| | KIM, STEPHANIE | | | 341(a) Meeting Date: | 12/06/12 |
| | | | | Claims Bar Date: | 10/02/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9. 51 % stock interest in Chatham Beauty SC - II, In | 0.00 | 0.00 | | 0.00 | FA |
| 51 % stock interest in Chatham Beauty SC - II, Inc., an Illinois corporation. Entity operated a retail beauty supply store known as "Chatham Beauty Supply" in 4201 Norwood Avenue, Sacramento, CA 95823. Store and all operations closed down in 2008 and no longer has any operations or activity. | | | | | |
| 10. 100 % stock interest in Chatham Beauty III, Inc., | 0.00 | 0.00 | | 0.00 | FA |
| 100 % stock interest in Chatham Beauty III, Inc., an Illinois corporation, Entity operated a retail beauty supply store known as "Chatham Beauty Supply" located at 3584 Village Ct., Gary, IN 464081. Store was closed down in 2012, and no longer has any business operations or activity. | | | | | |
| 11. 2007 Acura MDX SUV, encumbered with an automobile | 14,000.00 | 0.00 | | 17,500.00 | FA |
| 2007 Acura MDX SUV, encumbered with an automobile lien in favor of Harris Bank in the amount of $9,000.00. | | | | | |
| 12. 2006 Honda CRV | 8,000.00 | 0.00 | | 2,000.00 | FA |
| 2006 Honda CRV | | | | | |
| 13. 2002 Ford E150 Van | 1,500.00 | 0.00 | | 1,200.00 | FA |
| 2002 Ford E150 Van | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,195,700.00 | $0.00 | | $35,200.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS SELLING VEHCILES OWNED BY DEBTOR AND REAL ESTATE LOCATED IN FLORIDA. TRUSTEE HAS SOLD VEHICLES AND REAL

LFORM1
Ver: 18.03b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| | | |
|---|---|---|
| Case No: | 12-41554    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name:    JOSEPH E. COHEN |
| Case Name: | KIM, JAMES | Date Filed (f) or Converted (c):    10/19/12 (f) |
| | KIM, STEPHANIE | 341(a) Meeting Date:    12/06/12 |
| | | Claims Bar Date:    10/02/13 |

ESTATE LOCATED IN FLORIDA. TRUSTEE TO REVIEW CLAIMS THAT HAVE BEEN FILED AND WILL FILE A TFR BY 11/30/14 - January 17, 2014.  NO CHANGE - April 30, 2014. NO CHANGE - July 17, 2014.  NO CHANGE - Oct. 25, 2014.  TRUSTEE TO COMMENCE WORK ON TFR, NFR AND RELATED DOCUMENTS. - Jan. 17, 2015.

Initial Projected Date of Final Report (TFR): 11/30/14          Current Projected Date of Final Report (TFR): 03/31/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-41554 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | KIM, JAMES | Bank Name: | ASSOCIATED BANK |
| | KIM, STEPHANIE | Account Number / CD #: | *******2424  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1175 | | |
| For Period Ending: | 12/31/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/19/13 | 12 | JAMES & STEPHANIE KIM | Sale of Vehicle | 1129-000 | 2,000.00 | | 2,000.00 |
| 03/19/13 | 13 | JAMES & STEPHANIE KIM | Sale of Vehicle | 1129-000 | 1,200.00 | | 3,200.00 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,190.00 |
| 04/16/13 | 11 | AMERICAN AUCTION ASSOCIATES INC. | Sale of Vehicle | 1129-000 | 17,500.00 | | 20,690.00 |
| 05/03/13 | 300001 | BMO HARRIS BANK<br>770 N. Water Street<br>Attn: BRK - 180- RC<br>Milwaukee, WI 53202 | Payment of secured claim | 4210-000 | | 6,656.23 | 14,033.77 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.18 | 14,016.59 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.90 | 13,989.69 |
| 07/01/13 | | FIRST INTERNATIONAL TITLE | Proceeds from sale of real estate | | 12,002.46 | | 25,992.15 |
| | | | Memo Amount:       14,488.90 | 1110-000 | | | |
| | | | Sale proceeds | | | | |
| | | | Sale proceeds | | | | |
| | | | Memo Amount:    (    1,450.00 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | | Memo Amount:    (      112.24 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | | Memo Amount:    (      924.20 ) | 2500-000 | | | |
| | | | Settlement charges | | | | |
| 07/01/13 | 2 | FIRST INTERNATIONAL TITLE | Proceeds from sale of real estate | 1110-000 | 11.10 | | 26,003.25 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.13 | 25,983.12 |
| 07/23/13 | 300002 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses<br>Auctioneer Expenses | 3620-000 | | 414.49 | 25,568.63 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.51 | 25,530.12 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.96 | 25,492.16 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.68 | 25,455.48 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.85 | 25,417.63 |
| | | | Page Subtotals | | 32,713.56 | 7,295.93 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-41554 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | KIM, JAMES | | Bank Name: | ASSOCIATED BANK |
| | KIM, STEPHANIE | | Account Number / CD #: | *******2424 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1175 | | | |
| For Period Ending: | 12/31/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.57 | 25,381.06 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.73 | 25,343.33 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.68 | 25,305.65 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.98 | 25,271.67 |
| 04/05/14 | 300003 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 36.70 | 25,234.97 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.57 | 25,197.40 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.27 | 25,161.13 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.41 | 25,123.72 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.15 | 25,087.57 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.30 | 25,050.27 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.24 | 25,013.03 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.99 | 24,977.04 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.13 | 24,939.91 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 14,488.90 | COLUMN TOTALS | | 32,713.56 | 7,773.65 | 24,939.91 |
| Memo Allocation Disbursements: | 2,486.44 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 32,713.56 | 7,773.65 | |
| Memo Allocation Net: | 12,002.46 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 32,713.56 | 7,773.65 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 14,488.90 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 2,486.44 | Checking Account (Non-Interest Earn - *******2424) | | 32,713.56 | 7,773.65 | 24,939.91 |
| Total Memo Allocation Net: | 12,002.46 | | | 32,713.56 | 7,773.65 | 24,939.91 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| | | | Page Subtotals | 0.00 | 477.72 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 12-41554 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | KIM, JAMES | Bank Name: | ASSOCIATED BANK |
| | KIM, STEPHANIE | Account Number / CD #: | *******2424 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1175 | | |
| For Period Ending: | 12/31/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - ********2424)

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 20, 2015 |
|---|---|---|---|---|---|---|

Case Number:  12-41554  
Debtor Name:  KIM, JAMES  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $4,370.07 | $4,370.07 |
| 001<br>3110-00 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $6,133.25 | $6,133.25 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $36.70 | $36.70 |
| 000001A<br>040<br>5800-00 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $0.00 | $5,486.51 | $5,486.51 |
| 000001B<br>070<br>7100-00 | INTERNAL REVENUE SERVICE<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $0.00 | $1,036.11 | $1,036.11 |
| 000002<br>070<br>7100-00 | Everbeauty Co.<br>190 A. Jony Drive<br>Carlstadt, NJ 07072 | Unsecured | | $0.00 | $3,012.30 | $3,012.30 |
| 000003<br>070<br>7100-00 | Inland Commercial Property Management,<br>Inc.<br>as agent for IN Retail Fund Chatham Ridg<br>Joseph P Kincaid<br>Swanson Martin & Bell,<br>330 N Wabash Suite 3300<br>Chicago, IL 60612 | Unsecured | | $0.00 | $121,391.49 | $121,391.49 |
| 000004<br>070<br>7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $0.00 | $16,096.64 | $16,096.64 |
| 000005<br>070<br>7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $0.00 | $6,355.74 | $6,355.74 |
| 000006<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $43,175.26 | $43,175.26 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: January 20, 2015 |
|---|---|---|---|---|---|---|

Case Number:  12-41554  
Debtor Name:  KIM, JAMES  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $0.00 | $8,655.44 | $8,655.44 |
| 000008<br>070<br>7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $0.00 | $17,605.28 | $17,605.28 |
| | Case Totals: | | | $0.00 | $233,354.79 | $233,354.79 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-41554
Case Name: KIM, JAMES
           KIM, STEPHANIE
Trustee Name: JOSEPH E. COHEN

    Balance on hand           $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | $ | $ | $ |

    Total to be paid to priority creditors    $_____

    Remaining Balance    $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Everbeauty Co.<br>190 A. Jony Drive<br>Carlstadt, NJ 07072 | $ | $ | $ |
| 000003 | Inland Commercial Property Management, Inc.<br>as agent for IN Retail Fund Chatham Ridg<br>Joseph P Kincaid<br>Swanson Martin & Bell,<br>330 N Wabash Suite 3300<br>Chicago, IL 60612 | $ | $ | $ |
| 000004 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | $ | $ | $ |
| 000006 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000007 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | $ | $ | $ |
| 000008 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | $ | $ | $ |
| 000001B | INTERNAL REVENUE SERVICE P.O. Box 7346 Philadelphia, PA 19101-7346 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE