UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
KIM, JAMES                            §      Case No. 12-41554
KIM, STEPHANIE                        §
                                      §
          Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF BANKRUPTCY COURT
        219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 02/20/2015 in Courtroom ,

        North Branch Court
        1792 Nicole Lane
        Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____
                                           Clerk, U.S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
       §
KIM, JAMES  §  Case No. 12-41554
KIM, STEPHANIE  §
       §
       Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 35,200.00 |
| and approved disbursements of | $ | 10,260.09 |
| leaving a balance on hand of[1] | $ | 24,939.91 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 4,270.00 | $ 0.00 | $ 4,270.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 100.07 | $ 0.00 | $ 100.07 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 6,133.25 | $ 0.00 | $ 6,133.25 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 36.70 | $ 36.70 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 10,503.32 |
| Remaining Balance | $ | 14,436.59 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,486.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | $ 5,486.51 | $ 0.00 | $ 5,486.51 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 5,486.51 |
| Remaining Balance | $ | 8,950.08 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 217,328.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Everbeauty Co.<br>190 A. Jony Drive<br>Carlstadt, NJ 07072 | $ 3,012.30 | $ 0.00 | $ 124.05 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Inland Commercial Property Management, Inc.<br>as agent for IN Retail Fund Chatham Ridg<br>Joseph P Kincaid<br>Swanson Martin & Bell, 330 N Wabash Suite 3300<br>Chicago, IL 60612 | $    121,391.49 | $    0.00 | $    4,999.18 |
| 000004 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | $    16,096.64 | $    0.00 | $    662.90 |
| 000005 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | $    6,355.74 | $    0.00 | $    261.74 |
| 000006 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $    43,175.26 | $    0.00 | $    1,778.06 |
| 000007 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | $    8,655.44 | $    0.00 | $    356.45 |
| 000008 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | $    17,605.28 | $    0.00 | $    725.03 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | INTERNAL REVENUE SERVICE P.O. Box 7346 Philadelphia, PA 19101-7346 | $ 1,036.11 | $ 0.00 | $ 42.67 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 8,950.08 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                                     Case No. 12-41554-ABG
James Kim                                                                  Chapter 7
Stephanie Kim
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: adragonet             Page 1 of 3                    Date Rcvd: Feb 04, 2015
                               Form ID: pdf006             Total Noticed: 90


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2015.
db           #+James Kim,    207 Northampton,    Lincolnshire, IL 60069-2400
jdb          #+Stephanie Kim,    207 Northampton,    Lincolnshire, IL 60069-2400
19587095      +ADT Security Services,    PO Box 371490,    Pittsburgh, PA 15250-7490
19587102      +AT & T,   Bankruptcy Dept.,    6021 S. Rio Grande Ave., 1st Floor,   Orlando, FL 32809-4613
19587096      +Alicia Co.,    7354 N. Caldwell,    Niles, IL 60714-4504
19587097      +Allied Friendship Corp.,    4265 N. Knox,    Chicago, IL 60641-1904
19587098      +Allied Waste Co.,    PO Box 9001154,    Louisville, KY 40290-1154
19587100      +Amekor Industries,    500 Brook Road, Suite 100,    PO Box 312,   Conshohocken, PA 19428-0312
20948651       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
19587101      +American Express Co.,    P.O. Box 0001,    Los Angeles, CA 90096-8000
19587103      +Azee,   6310 W. Touhy Ave.,    Niles, IL 60714-4600
19587104      +Beauty Cellar,    85 Oxford Drive,    Moonachie, NJ 07074-1020
19587105      +Bee Sales Company,    6330 W. Touhy Ave.,    Niles, IL 60714-4624
19587106      +Beshe,   120 Moonachie Ave.,    Moonachie, NJ 07074-1802
19587107      +Bijou - Best Sales,    6400 W. Touhy,   Niles, IL 60714-4510
19587108      +Bobos Inter'L,    7372 Walnut Ave.,    Buena Park, CA 90620-1715
19587109      +Boyang Co.,    101 Henley Ave.,    New Milford, NJ 07646-2950
19587110       Capitol One,    P.O. Box 6492,    Carol Stream, IL 60197-6492
19587111      +Chade Fashions, Inc.,    6400 W. Gross Pointe Road,    Niles, IL 60714-4508
19587112       Chase Bank,   PO Box 15153,    Wilmington, DE 19886-5153
19587114      +Creative Image,    1921 Acacia St.,    Ontario, CA 91761-7921
19587115      +Daso co.,   7305 Linder,    Skokie, IL 60077-3218
19587116      +Dex One,    1615 Bluff City Hwy.,    Bristol, TN 37620-6055
19587117      +Dr. Sandra Younan,    275 Parkway Drive, Suite 573,    Lincolnshire, IL 60069-4345
19587118      +Dream World,    3505 N.Kimball,    Chicago, IL 60618-5507
19587119      +EC Hair Import,    21 Grand Ave., #208,    Palisades Park, NJ 07650-1077
19587121      +EQX Peter Kong,    1595 Blue Hill Ave.,    Mattapan, MA 02126-2122
19587120      +Embarq Sprint Yellow Pages,    c/o: McCarthy, Buress & Wolff,   26000 Cannon Road,
                Bedford, OH 44146-1807
19587122      +Everbeauty Co.,    190 A. Jony Drive,    Carlstadt, NJ 07072-2411
19587123      +Fashion Design Co.,    7550 Linder Ave.,    Skokie, IL 60077-3222
19587124      +Federal Express,    Collections Dept.,    PO Box 94515,   Palatine, IL 60094-4515
19587125      +Foster Bank,    5005 Newport Drive,    Rolling Meadows, IL 60008-3837
19587126      +Fromm International,    603 Dempster,    Mount Prospect, IL 60056-4585
19587127      +Frontier Airlines,    PO Box 20550,    Rochester, NY 14602-0550
19587128      +Goldenstate,    7112 Alondra Blvd.,    Paramount, CA 90723-3927
19587129      +Gottlieb Hospital,    Billing Department,    701 W. North Ave.,   Melrose Park, IL 60160-1612
19587130      +H & Y,    2700 Bayberry Way,    Fullerton, CA 92833-1402
19587131      +Hair Plus,    3615 Clearview Pkwy.,    Atlanta, GA 30340-2114
19587132      +Hanju,    14535 Valley View Ave., Suite L,    Santa Fe Springs, CA 90670-5234
19587133      +Happy Nails,    1637 E. 95th Street,    Chicago, IL 60617-4707
20376946       Happy Nails,    637 E 95th Street,    Chicago, IL 60617
19587134      +Harris Bank,    PO Box 6201,    Carol Stream, IL 60197-6201
19587135      +Hot Line Co.,    7400 Niles Center Rd.,    Skokie, IL 60077-3230
19587136      +IL Department of Revenue,    Bankruptcy Section,   PO Box 7346,    Chicago, IL 60680-7346
19587140      +IT Tres Co.,    65 Railroad Ave., #7,    Ridgefield, NJ 07657-2130
20895109      +Inland Commercial Property Management, Inc.,    as agent for IN Retail Fund Chatham Ridg,
                Joseph P Kincaid; Swanson Martin & Bell,,    330 N Wabash Suite 3300,   Chicago, IL 60611-3604
19587137      +Inland Real Estate Corp.,    2901 Butterfield Road,    Oak Brook, IL 60523-1190
19587139     #+Isis Collection,    625 Gotham Pkwy.,    Carlstadt, NJ 07072-2403
19587141      +JBS Beauty Supply,    3505 N. Kimball,    Chicago, IL 60618-5507
19587144      +JNS Trading Co,    13610 Imperial Hwy., #11,    Santa Fe Springs, CA 90670-4880
19587142     #+Jinny Beauty,    7555 N. Caldwell,    Niles, IL 60714-3825
19587143      +Jinny Beauty LA,    4545 Pacific Blvd.,    Los Angeles, CA 90058-2207
19587145      +K & P Co.,    5137 N. Lincoln Ave.,    Chicago, IL 60625-2520
19587146      +Kemper Lakes Golf Club,    24000 Old McHenry Road,    Kildeer, IL 60047-8922
20376943     #+Lana Johnson,    611 East 60th Street,    Chicago, IL 60637-2665
19587147      +Macke Water Co.,    PO Box 545,    Wheeling, IL 60090-0545
19587148      +Midk Co.,    3048 W. 48th Place,    Chicago, IL 60632-2000
19587149      +Midway International,    13131 E. 166th Street,    Cerritos, CA 90703-2202
19587150      +Ms. Ann Jhin,    1 Dunsinane,    Bannockburn, IL 60015-1500
19587151      +Ms. Sandra Nava,    2753 S. St. Louis,    Chicago, IL 60623-4645
19587156      +NV Energy Co.,    PO Box 30086,    Reno, NV 89520-3086
19587152      +New Pro,    242 Meacham Avenue,    Elmont, NY 11003-3208
19587153      +Noah International,    7447 Linder Avenue,    Skokie, IL 60077-3221
19587154      +Norman Sales,    2653 W. Pratt Ave.,    Chicago, IL 60645-4528
19587155      +North Bear Beauty Co.,    27605 W. Flyncreek Drive,    Barrington, IL 60010-5908
19587157      +Oradell International Corp.,    120 Moonachie Avenue,    Moonachie, NJ 07074-1802
19587160       PK 1 Holdings,    1631 B S. Melrose Drive, #B,    Goleta, CA 93118
19587161      +PK International Co.,    5445 N. Elston Avenue,    Chicago, IL 60630-1498
19587158     #+Peoples Gas,    130 East Randolph,    Chicago, IL 60601-6207
19587162      +Rehabilitation Institute of Chicago,    6084 Eagle Way,    Chicago, IL 60678-1060
19587163      +Riah Co.,    6310 W. Touhy Ave.,    Niles, IL 60714-4600
```

```
District/off: 0752-1           User: adragonet            Page 2 of 3                   Date Rcvd: Feb 04, 2015
                               Form ID: pdf006            Total Noticed: 90


19587164        +Roosevelt Co.,    621 W. Roosevelt Rd.,    Chicago, IL 60607-4911
19587165        +Sensual Co.,    71 Riverview Drive,    Wayne, NJ 07470-3103
19587166        +Sesi Trading Co.,    1501 E. Del Amo Blvd.,    Carson, CA 90746-3173
19587169        +Smud Co.,    PO Box 15830,    Sacramento, CA 95852-0830
19587170        +Sprint Communications,    PO Box 219100,    Kansas City, MO 64121-9100
20376944        +State of Illinois Dept of Labor,    160 N LaSalle Street,    Suite C-1300,
                  Chicago, IL 60601-3114
21121502        +Surgical Neurology Associates,    800 W Central Road,    Suite 6100,
                  Arlington Heights, IL 60005-2349
19587171         Top Hosiery Co.,    6310 W. Youhy Ave.,    Niles, IL 60714
19587172        +True Color Co.,    6310 W. Touhy Ave.,    Niles, IL 60714-4622
19587175        +US Equities,    550 Van Buren Street,    Chicago, IL 60607-3847
19587173        +Uinfashion Co.,    1671 Rogers Avenue,    San Jose, CA 95112-1126
19587174        +Universal Co,    PO Box 29674,    Dallas, TX 75229-0674
19587177        +WB Seo & Co.,    6160 N. Cicero Avenue,    Suite 504,    Chicago, IL 60646-4392
19587176        +Waminstream,    PO Box 3177,    Cedar Rapids, IA 52406-3177
19587178         Weingarten Realty,    2600 Citadel Place,    Suite 125,    Houston, TX 77008
20948649         eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                  New York, NY 10087-9262
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19587099         E-mail/Text: ally@ebn.phinsolutions.com Feb 05 2015 02:06:31     Ally Bank,    PO Box 380902,
                  Minneapolis, MN 55438-0902
19587113        +E-mail/Text: legalcollections@comed.com Feb 05 2015 02:09:10     Commonwealth Edison,
                  ATTN: Claims Department,    3 Lincoln Center,    Oakbrook, IL 60181-4204
19587138         E-mail/Text: cio.bncmail@irs.gov Feb 05 2015 02:07:06     Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20948650*        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                  New York, NY 10087-9262
21015573*        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                  New York, NY 10087-9262
21015574*        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                  New York, NY 10087-9262
19587159       ##+Pink Beauty Co.,    18101 Valley Blvd.,    La Puente, CA 91744-5843
19587167       ##+Sina International Co.,    1940 S. Carboy Road,    Mount Prospect, IL 60056-5709
19587168       ##+Sivermark International,    168 Mott Street,    New York, NY 10013-4229
                                                                                   TOTALS: 0, * 3, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2015                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2015 at the address(es) listed below:
              E. Philip  Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Edward Y. Lau    on behalf of Joint Debtor Stephanie  Kim edwlau@aol.com
              Edward Y. Lau    on behalf of Debtor James  Kim edwlau@aol.com
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
```

```
District/off: 0752-1          User: adragonet            Page 3 of 3            Date Rcvd: Feb 04, 2015
                              Form ID: pdf006            Total Noticed: 90
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
     Joseph E Cohen   on behalf of Auctioneer   American Auction Associates jcohen@cohenandkrol.com,
      jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
     Joseph E Cohen   on behalf of Attorney   Cohen & Krol jcohen@cohenandkrol.com,
      jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
     Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
     Raymond J Ostler   on behalf of Creditor   Foster Bank rostler@gsgolaw.com
                                                            TOTAL: 8