# UNITED STATES BANKRUPTCY COURT
## NORTHERN  DISTRICT OF  ILLINOIS

In re:                                    §
                                          §
KIM, JAMES                                §        Case No. 12-41554
KIM, STEPHANIE                            §
                                          §
            Debtors                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,120,200.00 *(Without deducting any secured claims)* | Assets Exempt: 38,800.00 |
| Total Distributions to Claimants:  21,092.82 | Claims Discharged Without Payment:  423,856.18 |
| Total Expenses of Administration:  14,107.18 | |

3) Total gross receipts of $ 35,200.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 35,200.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,167,750.00 | $ 6,656.23 | $ 6,656.23 | $ 6,656.23 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 14,107.18 | 14,107.18 | 14,107.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,536.00 | 5,486.51 | 5,486.51 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 311,968.00 | 217,328.26 | 217,328.26 | 14,436.59 |
| **TOTAL DISBURSEMENTS** | $ 1,486,254.00 | $ 243,578.18 | $ 243,578.18 | $ 35,200.00 |

4)  This case was originally filed under chapter 7 on  10/19/2012 .  The case was pending for 42 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/23/2016            By:/s/JOSEPH E. COHEN
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 14,488.90 |
| Vacant parcel of unimproved land located in Citris | 1110-000 | 11.10 |
| 2007 Acura MDX SUV, encumbered with an automobile | 1129-000 | 17,500.00 |
| 2006 Honda CRV | 1129-000 | 2,000.00 |
| 2002 Ford E150 Van | 1129-000 | 1,200.00 |
| TOTAL GROSS RECEIPTS | | $ 35,200.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Foster Bank 5005 Newport Drive Rolling Meadows, IL 60008 | | 898,750.00 | NA | NA | 0.00 |
| | Foster Bank 5005 Newport Drive Rolling Meadows, IL 60008 | | 260,000.00 | NA | NA | 0.00 |
| | Foster Bank 5005 Newport Drive Rolling Meadows, IL 60008 | | 0.00 | NA | NA | 0.00 |
| | Harris Bank PO Box 6201 Carol Stream, IL 60197 | | 9,000.00 | NA | NA | 0.00 |
| | BMO HARRIS BANK | 4210-000 | NA | 6,656.23 | 6,656.23 | 6,656.23 |
| **TOTAL SECURED CLAIMS** | | | $ 1,167,750.00 | $ 6,656.23 | $ 6,656.23 | $ 6,656.23 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 4,270.00 | 4,270.00 | 4,270.00 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 100.07 | 100.07 | 100.07 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 36.70 | 36.70 | 36.70 |
| Settlement charges | 2500-000 | NA | 924.20 | 924.20 | 924.20 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | 2600-000 | NA | 666.23 | 666.23 | 666.23 |
| Real estate taxes | 2820-000 | NA | 112.24 | 112.24 | 112.24 |
| COHEN & KROL, ATTORNEYS FOR TRUSTEE | 3110-000 | NA | 4,088.83 | 4,088.83 | 4,088.83 |
| JOSEPH E. COHEN, ATTORNEY FOR TRUST | 3110-000 | NA | 2,044.42 | 2,044.42 | 2,044.42 |
| Broker's real estate commission | 3510-000 | NA | 1,450.00 | 1,450.00 | 1,450.00 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | NA | 414.49 | 414.49 | 414.49 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 14,107.18 | $ 14,107.18 | $ 14,107.18 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IL Department of Revenue Bankruptcy Section PO Box 7346 Chicago, IL 60664 | | 0.00 | NA | NA | 0.00 |
| 000001A | INTERNAL REVENUE SERVICE | 5800-000 | 6,536.00 | 5,486.51 | 5,486.51 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 6,536.00 | $ 5,486.51 | $ 5,486.51 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Services PO Box 371490 Pittsburgh, PA 15250 | | 101.00 | NA | NA | 0.00 |
| | AT & T Bankruptcy Dept. 6021 S. Rio Grande Ave., 1st Floor Orlando, FL 32859 | | 0.00 | NA | NA | 0.00 |
| | Alicia Co. 7354 N. Caldwell Niles, IL 60714 | | 0.00 | NA | NA | 0.00 |
| | Allied Friendship Corp. 4265 N. Knox Chicago, IL 60641 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Waste Co. PO Box 9001154 Louisville, KY 40290 | | 0.00 | NA | NA | 0.00 |
| | Ally Bank PO Box 380902 Minneapolis, MN 55438-0902 | | 0.00 | NA | NA | 0.00 |
| | Amekor Industries 500 Brook Road, Suite 100 PO Box 312 Conshohocken, PA 19428 | | 5,000.00 | NA | NA | 0.00 |
| | Azee 6310 W. Touhy Ave. Niles, IL 60714 | | 1,000.00 | NA | NA | 0.00 |
| | Beauty Cellar 85 Oxford Drive Moonachie, NJ 07074 | | 0.00 | NA | NA | 0.00 |
| | Bee Sales Company 6330 W. Touhy Ave. Niles, IL 60714 | | 0.00 | NA | NA | 0.00 |
| | Beshe 120 Moonachie Ave. Moonachie, NJ 07074 | | 0.00 | NA | NA | 0.00 |
| | Bijou - Best Sales 6400 W. Touhy Niles, IL 60714 | | 0.00 | NA | NA | 0.00 |
| | Bobos Inter'L 7372 Walnut Ave. Buena Park, CA 90620 | | 0.00 | NA | NA | 0.00 |
| | Boyang Co. 101 Henley Ave. New Milford, NJ 07646 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capitol One P.O. Box 6492 Carol Stream, IL 60197-6492 | | 922.00 | NA | NA | 0.00 |
| | Chade Fashions, Inc. 6400 W. Gross Pointe Road Niles, IL 60714 | | 0.00 | NA | NA | 0.00 |
| | Commonwealth Edison ATTN: Claims Department 3 Lincoln Center Oakbrook, IL 60181 | | 0.00 | NA | NA | 0.00 |
| | Creative Image 1921 Acacia St. Ontario, CA 91761 | | 0.00 | NA | NA | 0.00 |
| | Daso co. 7305 Linder Skokie, IL 60077 | | 0.00 | NA | NA | 0.00 |
| | Dex One 1615 Bluff City Hwy. Bristol, TN 37620 | | 0.00 | NA | NA | 0.00 |
| | Dr. Sandra Younan 275 Parkway Drive Suite 573 Lincolnshire, IL 60069 | | 480.00 | NA | NA | 0.00 |
| | Dream World 3505 N.Kimball Chicago, IL 60618 | | 0.00 | NA | NA | 0.00 |
| | EC Hair Import 21 Grand Ave. #208 Palisades Park, NJ 07650 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | EQX Peter Kong 1595 Blue Hill Ave. Mattapan, MA 02126 | | 0.00 | NA | NA | 0.00 |
| | Embarq Sprint Yellow Pages c/o: McCarthy, Buress & Wolff 26000 Cannon Road Bedford, OH 44146 | | 0.00 | NA | NA | 0.00 |
| | Fashion Design Co. 7550 Linder Ave. Skokie, IL 60077 | | 0.00 | NA | NA | 0.00 |
| | Federal Express Collections Dept. PO Box 94515 Palatine, IL 60094 | | 0.00 | NA | NA | 0.00 |
| | Foster Bank 5005 Newport Drive Rolling Meadows, IL 60008 | | 0.00 | NA | NA | 0.00 |
| | Fromm International 603 Dempster Mount Prospect, IL 60056 | | 0.00 | NA | NA | 0.00 |
| | Frontier Airlines PO Box 20550 Rochester, NY 14602 | | 0.00 | NA | NA | 0.00 |
| | Goldenstate 7112 Alondra Blvd. Paramount, CA 90723 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gottlieb Hospital Billing Department 701 W. North Ave. Melrose Park, IL 60160 | | 675.00 | NA | NA | 0.00 |
| | H & Y 2700 Bayberry Way Fullerton, CA 92833 | | 0.00 | NA | NA | 0.00 |
| | Hair Plus 3615 Clearview Pkwy. Atlanta, GA 30340 | | 0.00 | NA | NA | 0.00 |
| | Hanju 14535 Valley View Ave. Suite L Santa Fe Springs, CA 90670 | | 0.00 | NA | NA | 0.00 |
| | Happy Nails 637 E. 95th Street Chicago, IL 60617 | | 0.00 | NA | NA | 0.00 |
| | Hot Line Co. 7400 Niles Center Rd. Skokie, IL 60077 | | 0.00 | NA | NA | 0.00 |
| | IT Tres Co. 65 Railroad Ave. #7 Ridgefield, NJ 07657 | | 0.00 | NA | NA | 0.00 |
| | Isis Collection 625 Gotham Pkwy. Carlstadt, NJ 07072 | | 0.00 | NA | NA | 0.00 |
| | JBS Beauty Supply 3505 N. Kimball Chicago, IL 60618 | | 0.00 | NA | NA | 0.00 |
| | JNS Trading Co 13610 Imperial Hwy. #11 Santa Fe Springs, CA 90670 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jinny Beauty 7555 N. Caldwell Niles, IL 60714 | | 0.00 | NA | NA | 0.00 |
| | Jinny Beauty LA 4545 Pacific Blvd. Los Angeles, CA 90058 | | 0.00 | NA | NA | 0.00 |
| | K & P Co. 5137 N. Lincoln Ave. Chicago, IL 60625 | | 0.00 | NA | NA | 0.00 |
| | Kemper Lakes Golf Club 24000 Old McHenry Road Kildeer, IL 60047 | | 0.00 | NA | NA | 0.00 |
| | Macke Water Co. PO Box 545 Wheeling, IL 60090 | | 0.00 | NA | NA | 0.00 |
| | Midk Co. 3048 W. 48th Place Chicago, IL 60632 | | 0.00 | NA | NA | 0.00 |
| | Midway International 13131 E. 166th Street Cerritos, CA 90703 | | 0.00 | NA | NA | 0.00 |
| | Ms. Ann Jhin 1 Dunsinane Bannockburn, IL | | 200,000.00 | NA | NA | 0.00 |
| | Ms. Sandra Nava 2753 S. St. Louis Chicago, IL 60623 | | 4,000.00 | NA | NA | 0.00 |
| | NV Energy Co. PO Box 30086 Reno, NV 89520 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | New Pro 242 Meacham Avenue Elmont, NY 11003 | | 0.00 | NA | NA | 0.00 |
| | Noah International 7447 Linder Avenue Skokie, IL 60077 | | 0.00 | NA | NA | 0.00 |
| | Norman Sales 2653 W. Pratt Ave. Chicago, IL 60645 | | 0.00 | NA | NA | 0.00 |
| | North Bear Beauty Co. 27605 W. Flyncreek Drive Barrington, IL 60010 | | 0.00 | NA | NA | 0.00 |
| | Oradell International Corp. 120 Moonachie Avenue Moonachie, NJ 07074 | | 0.00 | NA | NA | 0.00 |
| | PK 1 Holdings 1631 B S. Melrose Drive #B Goleta, CA 93118 | | 0.00 | NA | NA | 0.00 |
| | PK International Co. 5445 N. Elston Avenue Chicago, IL 60630 | | 0.00 | NA | NA | 0.00 |
| | Peoples Gas 130 East Randolph Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Pink Beauty Co. 18101 Valley Blvd. La Puente, CA 91744 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rehabilitation Institute of Chicago 6084 Eagle Way Chicago, IL 60678 | | 3,300.00 | NA | NA | 0.00 |
| | Riah Co. 6310 W. Touhy Ave. Niles, IL 60714 | | 0.00 | NA | NA | 0.00 |
| | Roosevelt Co. 621 W. Roosevelt Rd. Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| | Sensual Co. 71 Riverview Drive Wayne, NJ 07470 | | 0.00 | NA | NA | 0.00 |
| | Sesi Trading Co. 1501 E. Del Amo Blvd. Carson, CA 90746 | | 0.00 | NA | NA | 0.00 |
| | Sina International Co. 1940 S. Carboy Road Mount Prospect, IL 60056 | | 0.00 | NA | NA | 0.00 |
| | Sivermark International 168 Mott Street New York, NY 10013 | | 0.00 | NA | NA | 0.00 |
| | Smud Co. PO Box 15830 Sacramento, CA 95852 | | 0.00 | NA | NA | 0.00 |
| | Sprint Communications PO Box 219100 Kansas City, MO 64121 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Top Hosiery Co. 6310 W. Youhy Ave. Niles, IL 60714 | | 0.00 | NA | NA | 0.00 |
| | True Color Co. 6310 W. Touhy Ave. Niles, IL 60714 | | 0.00 | NA | NA | 0.00 |
| | US Equities 550 Van Buren Street Chicago, IL 60607 | | 0.00 | NA | NA | 0.00 |
| | Uinfashion Co. 1671 Rogers Avenue San Jose, CA 95112 | | 0.00 | NA | NA | 0.00 |
| | Universal Co PO Box 29674 Dallas, TX 75229 | | 0.00 | NA | NA | 0.00 |
| | WB Seo & Co. 6160 N. Cicero Avenue Suite 504 Chicago, IL 60646 | | 0.00 | NA | NA | 0.00 |
| | Waminstream PO Box 3177 Cedar Rapids, IA 52406 | | 0.00 | NA | NA | 0.00 |
| | Weingarten Realty 2600 Citadel Place Suite 125 Houston, TX 77008 | | 0.00 | NA | NA | 0.00 |
| 000006 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 50,000.00 | 43,175.26 | 43,175.26 | 2,881.77 |
| 000004 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 15,022.00 | 16,096.64 | 16,096.64 | 1,074.38 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 5,017.00 | 6,355.74 | 6,355.74 | 424.23 |
| 000007 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 9,110.00 | 8,655.44 | 8,655.44 | 577.71 |
| 000008 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 17,341.00 | 17,605.28 | 17,605.28 | 1,175.08 |
| 000002 | EVERBEAUTY CO. | 7100-000 | 0.00 | 3,012.30 | 3,012.30 | 201.05 |
| 000003 | INLAND COMMERCIAL PROPERTY MANAGEME | 7100-000 | 0.00 | 121,391.49 | 121,391.49 | 8,102.37 |
| 000001B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 1,036.11 | 1,036.11 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 311,968.00 | $ 217,328.26 | $ 217,328.26 | $ 14,436.59 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 12-41554   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: KIM, JAMES | Date Filed (f) or Converted (c): 10/19/12 (f) |
| KIM, STEPHANIE | 341(a) Meeting Date: 12/06/12 |
| For Period Ending: 03/23/16 | Claims Bar Date: 10/02/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtors' residence and single family home located | 1,150,000.00 | 0.00 | | 0.00 | FA |
| 2. Vacant parcel of unimproved land located in Citris | 18,000.00 | 0.00 | | 14,500.00 | FA |
| 3. Checking account<br>    Checking account | 200.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings consisting of misc<br>    Household goods and furnishings consisting of misc. furniture, furnishing, bedding, kitchenware, one computer etc. | 4,000.00 | 0.00 | | 0.00 | FA |
| 5. 100 % stock interest in Chatham Beauty II, Inc., a<br>    100 % stock interest in Chatham Beauty II, Inc., an Illnois corporation. Entity operates two (2) retail beauty supply stores each known as "Chatham Beauty " at 1637 E. 95th Street, Chicago, IL., and at 112 W. 87th St, Chicago, IL  60620 | 0.00 | 0.00 | | 0.00 | FA |
| 6. 51 % stock interest in Chatham Beauty I Nevada, In<br>    51 % stock interest in Chatham Beauty I Nevada, Inc., an Illnois corporation. Operated a retail beauty supply store known as "Chatham Beauty Supply" at 3783 South Maryland Parkway  Las Vegas, NV 89119. All operations closed on June of 2012, and no longer has any operations or business activity. | 0.00 | 0.00 | | 0.00 | FA |
| 7. 100% stock interest in CBS Retail Management Servi<br>    100% stock interest in CBS Retail Management Service, Inc., an Illinois corporation. Entity served as accounts receivables and payables function for retail beauty supply stores operated by Debtors. | 0.00 | 0.00 | | 0.00 | FA |
| 8. 51 % stock interest in Chatham Beauty SC- !, Inc.,<br>    51 % stock interest in Chatham Beauty SC- !, Inc., an Illinois corporation. Entity operates a retail beauty supply store known as "Chatham Beauty Supply" located at 6351 Mack Road  Sacramento, CA 95823. | 0.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   2

Exhibit 8

| Case No: | 12-41554   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | KIM, JAMES | Date Filed (f) or Converted (c): | 10/19/12 (f) |
| | KIM, STEPHANIE | 341(a) Meeting Date: | 12/06/12 |
| | | Claims Bar Date: | 10/02/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 9. 51 % stock interest in Chatham Beauty SC - II, In<br><br>  51 % stock interest in Chatham Beauty SC - II, Inc., an Illinois<br>  corporation. Entity operated a retail beauty supply store known as<br>  "Chatham Beauty Supply" in 4201 Norwood Avenue, Sacramento, CA<br>  95823. Store and all operations closed down in 2008 and no longer has<br>  any operations or activity. | 0.00 | 0.00 | | 0.00 | FA |
| 10. 100 % stock interest in Chatham Beauty III, Inc.,<br><br>  100 % stock interest in Chatham Beauty III, Inc., an Illinois corporation,<br>  Entity operated a retail beauty supply store known as "Chatham Beauty<br>  Supply" located at 3584 Village  Ct., Gary, IN 464081. Store was closed<br>  down in 2012, and no longer has any business operations or activity. | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2007 Acura MDX SUV, encumbered with an automobile<br><br>  2007 Acura MDX SUV, encumbered with an automobile lien in favor<br>  of  Harris Bank in the amount of $9,000.00. | 14,000.00 | 0.00 | | 17,500.00 | FA |
| 12. 2006 Honda CRV<br>  2006 Honda CRV | 8,000.00 | 0.00 | | 2,000.00 | FA |
| 13. 2002 Ford  E150 Van<br>  2002 Ford  E150 Van | 1,500.00 | 0.00 | | 1,200.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,195,700.00 | $0.00 | | $35,200.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE WAITIN FOR CHECKS FROM SECOND DISTRIBUTION TO CLEAR - 01/20/16. DISTRIBUTION CHECKS FROM IRS WERE RETURNED AND

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-41554    ABG   Judge: A. BENJAMIN GOLDGAR | |

| | |
|---|---|
| Case Name: | KIM, JAMES |
| | KIM, STEPHANIE |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 10/19/12 (f) |
| 341(a) Meeting Date: | 12/06/12 |
| Claims Bar Date: | 10/02/13 |

SECOND DISTRIBUTION WILL BE MADE - Oct. 31, 2015. TRUSTEE HAS MADE DISTRIBUTION TO CREDITORS - April 30, 2015. TRUSTEE
TO COMMENCE WORK ON TFR, NFR AND RELATED DOCUMENTS. - Jan. 17, 2015.  TRUSTEE IS SELLING VEHICLES OWNED BY DEBTOR AND
REAL ESTATE LOCATED IN FLORIDA.  TRUSTEE HAS SOLD VEHICLES AND REAL ESTATE LOCATED IN FLORIDA. TRUSTEE TO REVIEW CLAIMS
THAT HAVE BEEN FILED AND WILL FILE A TFR BY 11/30/14 - January 17, 2014.  NO CHANGE - April 30, 2014. NO CHANGE - July
17, 2014.  NO CHANGE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 11/30/14          Current Projected Date of Final Report (TFR): 03/31/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-41554 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | KIM, JAMES | | Bank Name: | ASSOCIATED BANK |
| | KIM, STEPHANIE | | Account Number / CD #: | *******2424 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1175 | | | |
| For Period Ending: | 03/23/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/19/13 | 12 | JAMES & STEPHANIE KIM | Sale of Vehicle | 1129-000 | 2,000.00 | | 2,000.00 |
| 03/19/13 | 13 | JAMES & STEPHANIE KIM | Sale of Vehicle | 1129-000 | 1,200.00 | | 3,200.00 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,190.00 |
| 04/16/13 | 11 | AMERICAN AUCTION ASSOCIATES INC. | Sale of Vehicle | 1129-000 | 17,500.00 | | 20,690.00 |
| 05/03/13 | 300001 | BMO HARRIS BANK 770 N. Water Street Attn: BRK - 180- RC Milwaukee, WI 53202 | Payment of secured claim | 4210-000 | | 6,656.23 | 14,033.77 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.18 | 14,016.59 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.90 | 13,989.69 |
| 07/01/13 | 2 | FIRST INTERNATIONAL TITLE | Proceeds from sale of real estate | | 12,002.46 | | 25,992.15 |
| | | | Memo Amount:        14,488.90 Sale proceeds | 1110-000 | | | |
| | | | Sale proceeds Memo Amount:    (    1,450.00 ) Broker's real estate commission | 3510-000 | | | |
| | | | Memo Amount:    (    112.24 ) Real estate taxes | 2820-000 | | | |
| | | | Memo Amount:    (    924.20 ) Settlement charges | 2500-000 | | | |
| 07/01/13 | 2 | FIRST INTERNATIONAL TITLE | Proceeds from sale of real estate | 1110-000 | 11.10 | | 26,003.25 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.13 | 25,983.12 |
| 07/23/13 | 300002 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses Auctioneer Expenses | 3620-000 | | 414.49 | 25,568.63 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.51 | 25,530.12 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.96 | 25,492.16 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.68 | 25,455.48 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.85 | 25,417.63 |

Page Subtotals          32,713.56          7,295.93

Ver: 19.05f

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

FORM 2    Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-41554  -ABG |
| Case Name: | KIM, JAMES |
| | KIM, STEPHANIE |
| Taxpayer ID No: | *******1175 |
| For Period Ending: | 03/23/16 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2424  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.57 | 25,381.06 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.73 | 25,343.33 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.68 | 25,305.65 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.98 | 25,271.67 |
| 04/05/14 | 300003 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 36.70 | 25,234.97 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.57 | 25,197.40 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.27 | 25,161.13 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.41 | 25,123.72 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.15 | 25,087.57 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.30 | 25,050.27 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.24 | 25,013.03 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.99 | 24,977.04 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.13 | 24,939.91 |
| 02/21/15 | 300004 | JOSEPH E. COHEN, Trustee | Trustee Fees | | | 4,370.07 | 20,569.84 |
| | | 105 West Madison Street | Trustee Fees | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees          4,270.00 | 2100-000 | | | |
| | | | Expenses      100.07 | 2200-000 | | | |
| 02/21/15 | 300005 | COHEN & KROL, Attorneys for Trustee | Attorney for Trustee fees | 3110-000 | | 4,088.83 | 16,481.01 |
| | | 105 West Madison Street | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 02/21/15 | 300006 | JOSEPH E. COHEN, Attorney for Trustee | Attorney for Trustee fees | 3110-000 | | 2,044.42 | 14,436.59 |
| | | 105 West Madison Street | | | | | |
| | | Chicago, IL 60602 | | | | | |
| * 02/21/15 | 300007 | Internal Revenue Service | Claim 000001A, Payment 100.00000% | 5800-003 | | 5,486.51 | 8,950.08 |
| | | PO Box 7346 | (1-1) Modified on 7/10/2013 to | | | | |

Page Subtotals            0.00        16,467.55

Ver: 19.05f

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| Case No: | 12-41554 -ABG |
|---|---|
| Case Name: | KIM, JAMES |
| | KIM, STEPHANIE |
| Taxpayer ID No: | *******1175 |
| For Period Ending: | 03/23/16 |

| Trustee Name: | JOSEPH E. COHEN |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2424  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Philadelphia, PA 19101-7346 | correct creditors address (OZ) | | | | |
| * 02/21/15 | 300008 | INTERNAL REVENUE SERVICE<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000001B, Payment 4.11829% | 7100-003 | | 42.67 | 8,907.41 |
| 02/21/15 | 300009 | Everbeauty Co.<br>190 A. Jony Drive<br>Carlstadt, NJ 07072 | Claim 000002, Payment 4.11812% | 7100-000 | | 124.05 | 8,783.36 |
| 02/21/15 | 300010 | Inland Commercial Property Management, Inc.<br>as agent for IN Retail Fund Chatham Ridg<br>Joseph P Kincaid<br>Swanson Martin & Bell,<br>330 N Wabash Suite 3300<br>Chicago, IL 60612 | Claim 000003, Payment 4.11823%<br>(3-1) Judgment relating to<br>commercial real estate lease<br>(3-1) Modified on 8/21/2013 to correct creditors<br>address (OZ) | 7100-000 | | 4,999.18 | 3,784.18 |
| 02/21/15 | 300011 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000004, Payment 4.11825%<br>(4-1) CREDIT CARD DEBT | 7100-000 | | 662.90 | 3,121.28 |
| 02/21/15 | 300012 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000005, Payment 4.11817%<br>(5-1) CREDIT CARD DEBT | 7100-000 | | 261.74 | 2,859.54 |
| 02/21/15 | 300013 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 4.11824%<br>(6-1) CREDIT CARD DEBT | 7100-000 | | 1,778.06 | 1,081.48 |
| 02/21/15 | 300014 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000007, Payment 4.11822%<br>(7-1) CREDIT CARD DEBT | 7100-000 | | 356.45 | 725.03 |

|  | Page Subtotals | 0.00 | 8,225.05 |
|---|---|---|---|

Ver: 19.05f

**FORM 2**

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-41554  -ABG | |
| Case Name: | KIM, JAMES | |
| | KIM, STEPHANIE | |
| Taxpayer ID No: | *******1175 | |
| For Period Ending: | 03/23/16 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2424  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 02/21/15 | 300015 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Claim 000008, Payment 4.11825% (8-1) CREDIT CARD DEBT | 7100-000 | | 725.03 | 0.00 |
| * | 01/18/16 | 300007 | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | Claim 000001A, Payment 100.00000% CLAIM PAID IN FULL | 5800-003 | | -5,486.51 | 5,486.51 |
| * | 01/18/16 | 300008 | INTERNAL REVENUE SERVICE P.O. Box 7346 Philadelphia, PA 19101-7346 | Claim 000001B, Payment 4.11829% CLAIM PAID IN FULL | 7100-003 | | -42.67 | 5,529.18 |
| | 01/18/16 | 300016 | Everbeauty Co. 190 A. Jony Drive Carlstadt, NJ 07072 | Claim 000002, Payment 2.55619% | 7100-000 | | 77.00 | 5,452.18 |
| | 01/18/16 | 300017 | Inland Commercial Property Management, Inc. as agent for IN Retail Fund Chatham Ridg Joseph P Kincaid Swanson Martin & Bell, 330 N Wabash Suite 3300 Chicago, IL 60612 | Claim 000003, Payment 2.55635% (3-1) Judgment relating to commercial real estate lease (3-1) Modified on 8/21/2013 to correct creditors address (OZ) | 7100-000 | | 3,103.19 | 2,348.99 |
| | 01/18/16 | 300018 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Claim 000004, Payment 2.55631% (4-1) CREDIT CARD DEBT | 7100-000 | | 411.48 | 1,937.51 |
| | 01/18/16 | 300019 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Claim 000005, Payment 2.55659% (5-1) CREDIT CARD DEBT | 7100-000 | | 162.49 | 1,775.02 |
| | 01/18/16 | 300020 | American Express Centurion Bank c o Becket and Lee LLP | Claim 000006, Payment 2.55635% (6-1) CREDIT CARD DEBT | 7100-000 | | 1,103.71 | 671.31 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 53.72 |

Ver: 19.05f

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-41554  -ABG |
| Case Name: | KIM, JAMES |
| | KIM, STEPHANIE |
| Taxpayer ID No: | *******1175 |
| For Period Ending: | 03/23/16 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2424  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/18/16 | 300021 | POB 3001<br>Malvern, PA 19355-0701<br>eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000007, Payment 2.55631%<br>(7-1) CREDIT CARD DEBT | 7100-000 | | 221.26 | 450.05 |
| 01/18/16 | 300022 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000008, Payment 2.55634%<br>(8-1) CREDIT CARD DEBT | 7100-000 | | 450.05 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 14,488.90 | COLUMN TOTALS | 32,713.56 | 32,713.56 | 0.00 |
| Memo Allocation Disbursements: | 2,486.44 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 32,713.56 | 32,713.56 | |
| Memo Allocation Net: | 12,002.46 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 32,713.56 | 32,713.56 | |

| | | | | |
|---|---|---|---|---|
| Total Allocation Receipts: | 14,488.90 | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 2,486.44 | TOTAL - ALL ACCOUNTS | | | |
| | | Checking Account (Non-Interest Earn - *******2424 | 32,713.56 | 32,713.56 | 0.00 |
| Total Memo Allocation Net: | 12,002.46 | | ------------------------ | ------------------------ | ------------------------ |
| | | | 32,713.56 | 32,713.56 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 671.31 |

Ver: 19.05f